IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JERRY SUE LEO,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION No. 05-00288-KD-B |
| **JO ANNE B. BARNHART,** Commissioner of Social Security, | * |
| Defendant. | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 25, 2006, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the   26th   day of May  , 2006.

                                            **s/ Kristi K. DuBose**
                                            **UNITED STATES DISTRICT JUDGE**